Donald Buhr, Plaintiff-Appellee, v. Edwin G. Wilkening, Defendant-Appellant.

Gen. No. 10,522.

Donald D. Zeglis, for appellant; Vernon G. Butz, for appellee. Opinion by JUSTICE WOLFE. Not to be published in full. Opinion filed January 8, 1952; released for publication January 28, 1952.

In re Estate of Frederick N. Peck, Deceased, Julian C. Ryer, Appellant.

Gen. No. 10,530.

Bailey Stanton, for appellant; William C. Jerome, of counsel; William L. Guild, Jr., for appellee. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full. Opinion filed January 8, 1952; released for publication January 28, 1952.